CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 11 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFREY MOURNING, ) | |
|    Petitioner, ) | Civil Action No. 7:09cv00202 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| SUPERINTENDENT OF NRVRJ, <u>et al.</u>, ) | By: Samuel G. Wilson |
|    Respondents. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the Mourning's habeas petition pursuant to 28 U.S.C. § 2254 is **CONSTRUED** as a habeas petition pursuant to 28 U.S.C. § 2241; that Mourning's § 2241 petition shall be and hereby is **DISMISSED** without prejudice; and that this action shall be **STRICKEN** from the active docket of the court.

The clerk is directed to send a certified copy of this order and accompanying memorandum opinion to the petitioner.

ENTER: This 11th day of June, 2009.

_____
United States District Judge